Phillip Turner #171187

vs.

M.D.O.C., et al.

Case No. 1:21-CV-790

Hon. Jane M. Beckering

FILED - GR
June 24, 2022 11:58 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: JW /6-24

## "Notice of Appeal"

Now comes Plaintiff, Phillip Turner #171187, before this Honorable Court and declare my "Notice of Appeal." On 6/9/2022, The Above referenced Case No. (#1:21-CV-790) was dismissed "with Prejudice" by the Honorable Jane M. Beckering. Plaintiff's Lawsuit was dismissed for "Failure to state a claim". This was in the United States District Court (Western District of Michigan). I received Notice of this ruling via U.S. mail on 6/16/2022.

Within the Court's ruling, The Honorable Jane M. Beckering stated that my Appeal would be taken in good faith, and that I would be still proceeding in Forma Pauperis status. Also, I would not be required to "Pre Pay" the $505.00 filing fee for my Appeal. I swear under Penalty of Perjury that I do not have the financial ability to "Pre Pay" this $505.00 filing fee. I do not fall under the "Three Strikes" provision of § 1915(g). Please file Plaintiff's "Notice of Appeal" with this Honorable Court.

I swear under Penalty of Perjury that Any/All Afforementioned statements that I made are accurate and the truth.

Phillip Turner #171187
G. Robert Cotton Correctional facility
3500 North Elm Road
Jackson, Michigan
49201

Respectfully Submitted,

printed name: Phillip Turner #171187
signed name: Phillip Turner #171187

Date: 6-21-22

Phillip Turner #171187
G. Robert Cotton Facility
3500 N. Elm Rd.
Jackson MI. 49201

METROFLEX MI 480
22 JUN 2022 PM 7

US POSTAGE IMI PITNEY BOWES
ZIP 49201 $ 000.53
02 4W
0000376916 JUN 22 2022

Office of the Clerk
United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI.
49503-2363

49503-236399